UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Ava A. King and Kenneth W. King, a married couple,<br><br>Plaintiffs,<br>vs.<br><br>United States of America, Department of Education; Arne Duncan, Secretary of Education; United States of America, Internal Revenue Service; John Koskinen, Commissioner of the Internal Revenue Service; FMS Investment Corp., a Maryland corporation,<br><br>Defendants | Case No.<br><br>**COMPLAINT FOR DECLARATORY RELIEF AND RECOVERY OF WRONGFULLY OFFSET TAX REFUND** |

For their complaint against the United States of America and FMS Investment Corp., Ava A. King and Kenneth W. King allege as follows:

**PARTIES**

1.1  Ava A. King and Kenneth W. King ("the Kings") are a married couple, residents of King County, Washington and the Western District of Washington.  Ava A. King is a Canadian citizen, and a permanent resident of the United States.

1.2 The Department of Education ("DOE") is an agency of the United States of

COMPLAINT - 1

**DONALD A BAILEY**
ATTORNEY AT LAW
1720 Olive Way, #1000
Seattle, WA 98101
206 682 4802

America. Arne Duncan is the Secretary of Education.

1.3 The Internal Revenue Service ("IRS") is an agency of the United States of America. John Koskinen is the Commissioner of Internal Revenue.

1.4 FMS Investment Corp. ("FMS") is a corporation created under the laws of the state of Maryland, doing business in the state of Washington and in the Western District of Washington.

## JURISDICTION

2.1 The District Court has jurisdiction to hear and determine the claims asserted herein pursuant to 28 U.S.C. §1346(a)(2).

2.2 Venue is proper in the Western District of Washington pursuant to 28 U.S.C. §1402.

## FACTS

3.1 Some time prior to 1981, an individual named Ava B. King (not the plaintiff in this action) obtained a National Direct Student Loan from North Seattle Community College. The note was subsequently assigned to DOE.

3.2 In approximately 1988, this Ava B. King obtained three Federal Family Education Loans to attend ITT Technical Institute. The loans identified in this paragraph and the preceding paragraph (referred to herein as the "Student Loans") bear the debt numbers xxxxx1187, xxxxx1190, xxxxx1194, xxxxx1198; and are grouped under account number xxxxxx6547.

3.3 DOE employs FMS to collect the Student Loans.

COMPLAINT - 2

**DONALD A BAILEY**
ATTORNEY AT LAW
1720 Olive Way, #1000
Seattle, WA 98101
206 682 4802

3.4 DOE retains authority to direct FMS's collection activity, including the authority to decide whether Ava A. King, plaintiff herein, should or should not be the target of collection activity.

3.5 As of June 25, 2015, DOE claims that the aggregate principal balance of the Student Loans is $6914.72, accrued and unpaid interest is $9735.84, and the total amount owing is $20,703.32.

3.6 Sometime in the 1990s, DOE decided that the plaintiff herein, Ava A. King, was the borrower on the Student Loans.  As a result, DOE has directed its collection agencies to collect the student loans from Ava A. King.

3.7 Pursuant to DOE's instructions, its collection agency threatened to or attempted to garnish Ava A. King's wages.

3.8 Pursuant to DOE's instructions, on or about May 20, 2015, IRS offset the Kings' 2014 federal income tax refund in the amount of $3883.00.

3.9 If Kenneth W. King applies for Social Security benefits to which he is entitled, the United States Social Security Administration will, pursuant to DOE's instructions, offset such benefits against the Student Loans.

3.10 The plaintiff, Ava A. King is not the same person as Ava B. King, the actual borrower on the Student Loans.

3.11 The plaintiff, Ava A. King, and the actual borrower, Ava B. King, have different middle names, different dates of birth, different Social Security numbers, different residence addresses, and different nationalities.

COMPLAINT - 3

**DONALD A BAILEY**
ATTORNEY AT LAW
1720 Olive Way, #1000
Seattle, WA 98101
206 682 4802

3.12 Ava A. King did not sign any of the applications or the promissory notes for the Student Loans.

3.13 The Kings have contacted DOE and FMS on numerous occasions seeking acknowledgment that Ava A. King is not the borrower on the Student Loans. They have provided documentation of this fact, including copies of Ava A. King's Washington driver license, her Canadian passport, her Social Security card, and her resident alien card.

3.14 DOE has refused to instruct FMS to cease collection activity against Ava A. King.

3.15 DOE has refused to instruct IRS to return the Kings' 2014 income tax refund.

## CLAIMS

4.1 The actions of the defendants in offsetting the Kings' tax refund is a breach of contract and conversion. The Kings are entitled to a money judgment against the United States in the amount of $3883.00, plus interest at the statutory rate of 12% per annum pursuant to R.C.W. 19.52.010 from May 20, 2015 until paid.

4.2 The Kings are entitled to a declaratory judgment declaring that Ava A. King is not the borrower on the Student Loans, pursuant to 28 U.S.C. §2201(a).

4.3 The Kings are entitled to a permanent injunction barring the United States and its agencies and agents, including FMS, from attempting to collect the Student Loans from either of the Kings in the future.

4.4 The Kings are entitled to recover the reasonable attorneys fees incurred by

COMPLAINT - 4

them in a) attempting to demonstrate to DOE that Ava A. King is not the borrower on the Student Loans, and b) prosecuting this action, pursuant to the attorney fee clauses in the various promissory notes.  *Yuan v. Chow*, 96 Wash.App. 909 (Div. 2, 1999).

**PRAYER FOR RELIEF**

Wherefore, Ava A. King and Kenneth W. King pray for relief as follows:

5.1  For judgment against the United States in the amount of $3883.00, plus interest at 12% per annum from May 20, 2015 until paid.

5.2  For judgment against the United States in the amount of the attorney fees and costs incurred by the Kings in communicating with the Department of Education and FMS, and in prosecuting this action, in an amount ot be determined by the Court.

5.3  For a judgment declaring that Ava A. King and Kenneth W. King are not liable on the Student Loans.

5.4  For a permanent injunction barring the Department of Education, its agents, or any other agency or instrumentality of the United States from seeking to collect the Student Loans from Ava A. King or Kenneth W. King.

5.5  For leave to amend this complaint to conform to the proof at trial.

5.6  For such other and further relief as the Court deems just.

Dated: August 31, 2015

    DONALD A BAILEY
    /s/ Donald A Bailey
    WSB#12289
    Attorney for Plaintiffs

COMPLAINT - 5

**DONALD A BAILEY**
ATTORNEY AT LAW
1720 Olive Way, #1000
Seattle, WA 98101
206 682 4802